1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JUAN AGUILAR PACHECO,                     No.  2:23-cv-0765 DB P

12                    Petitioner,

13           v.                                  ORDER

14    WARDEN,

15                    Respondent.

16

17           Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an in forma

19    pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

20    Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21    a request to proceed in forma pauperis or submit the appropriate filing fee.

22           In accordance with the above, IT IS HEREBY ORDERED that:

23           1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                                      1

1       2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2 form used by this district.

3 Dated: September 13, 2023

4

5                                      _____

6                             DEBORAH BARNES

7                             UNITED STATES MAGISTRATE JUDGE

8

DB:12

9 DB/DB Prisoner Inbox/Habeas/R/pach0765.101a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28